

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IH6 Property Georgia LP 25-M-11344

vs.

1:25-CV-1897

Segundo Adams etal

NOTICE OF REMOVAL
PURSUANT TO 28 U.S.C 1446 (D)

NOW COMES Segundo Adams to remove this action from Gwinnett County Court of Georgia, to the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C § 1446, 28 U.S.C 1334 and 15 U.S.C 1692. This removal action is based on the following grounds.

### JURISDICTION

The District Court of the United States has original, concurrent, and supplementary jurisdiction over this cause of action, pursuant to 28 U.S.C § 1446 (D), 15 U.S.C 1692, and 28 U.S.C 1334 of the federal rule of civil Procedure, including but not limited to the Bill of Rights.

1.

Removal is proper where actions are in violation of claims brought under the Federal Fair Debt Collection Practices Act (FDCPA). The Plaintiff did violate 15 U.S.C 1692, rule 60 of the federal rule of civil Procedure. The Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 et seq.,"imposes civil liability on 'debt collector[s]' for certain prohibited debt collection practices," Jerman v. Carlisle, McNellie, Rini, Kramer & Ulrich LPA, 130 S.Ct. 1605 1608 (2010). Based on the above action, the court have the legal duty to abort eviction pursuant to O.C.G.A 51-1-6 and 15 U.S.C. § 1692.

42 U.S.C. §3631 make it unlawful for any individual(s) to use force, or threaten to use force, intimidate, or interfere with, or attempt to injure, intimidate, or interfere with any person's

housing rights because of that person race, color, religion, sex, handicap, familial status, or nation origin. Thus, the claims by Plaintiff may be maintained in any appropriate United States District Court 42 U.S.C. §3631.

2.

A party may remove any claim or cause of action in a civil case to the district court for the district where such civil action is pending, if such district court has jurisdiction of such claim or cause of action under section 1334 of title 11. Based on the above information District court has original jurisdiction in this case.

3.

According to federal housing codes, a dwelling unit is considered to be in "disrepair" when it has significant damage or malfunctioning components that compromise its habitability, including issues with plumbing, electrical systems, heating/cooling, structural integrity, or safety features like smoke detectors, making it unsafe or unfit to live in. Landlord has failed in even providing basic levels of habitability, while simultaneously violating FCDPA guidelines.

4.

Defendant Segundo Adams has provided written notice of the filing of this Notice of Removal to Plaintiff, and will file copy of this Notice of Removal with the Magistrate Court of the Gwinnett County, as required per 28 U.S.C.§1446(d).

WHEREFORE, pursuant to 28 U.S.C. 1446(d), 42 U.S.C. §3631, Segundo Adams, removes this case from the Magistrate Court of Gwinnett County.

Segundo Adams
Pro Se Defendant

CLERK OF MAGISTRATE COURT
GWINNETT COUNTY, GEORGIA
25-M-11344
3/11/2025 3:49 PM
TIANA P. GARNER, CLERK

25-M-11344

**MAGISTRATE COURT OF GWINNETT COUNTY STATE OF GEORGIA**
**Dispossessory Proceeding**

IH6 PROPERTY GEORGIA LP
C/O OKELLEY & SOROHAN, ATTORNEYS AT LAW, LLC
2170 SATELLITE BLVD., STE 375
DULUTH GA 30097
770-622-2662 / ONLINEFILING@OSLAWLLC.COM

**VS**

SEGUNDO ADAMS, , , , ,
AND ALL OTHERS
1451 HEATHERGLADE LN
LAWRENCEVILLE GA 30045

**CASE #** 25-M-11344

**EXPEDITED**
Attorney: KEVIN F. DUDA
231405 ONLINEFILING@OSLAWLLC.COM

O'KELLEY & SOROHAN, ATTORNEYS AT LAW, LLC
Evict #

Personally appeared the undersigned affiant who on oath says that affiant is **ATTORNEY AT LAW** for Plaintiff(s) herein, and that Defendant(s) is/are in possession as tenant of premises at the above address in GWINNETT County, the property of said Plaintiff(s). Plaintiff(s) attest(s) that there are no other person(s)/entity(ies) or known occupant(s) with whom Plaintiff(s) has/have a landlord tenant relationship.

**FURTHER THAT:**

**TENANT FAILED TO PAY RENT THAT IS NOW PAST DUE**

That Plaintiff(s) is/are entitled to recover any and all rent that may come due until this action is finally concluded. Plaintiff(s) desires and has demanded possession of the premises and the Defendant(s) has/have failed and refused to deliver said possession.

**WHEREFORE, PLAINTIFF(S) DEMANDS :**

(a) possession of the premises

(b) judgment for the past due rent in the amount of $$4,841.40 for the month(s) of **FEB-MAR**

(c) rent accruing up to the date of judgment or vacancy at the rate of $$2,712.00 per month

(d) Other: **$LATE: $115, LEGAL: $300, FILING: $150, ADD: $25.45 -**

"By affixing this electronic verification, oath, or affidavit to the pleading(s) submitted to the court and attaching my electronic signature hereon, I do hereby swear or affirm that the statements set forth in the above pleading(s) are true and correct."
**Affiant:** /s/ Kevin F. Duda     3/11/2025

**SUMMONS**

**To the Sheriff of Gwinnett County or lawful deputies of the Sheriff**
GREETINGS: The Defendant(s) is/are commanded and required to file an answer to said affidavit in writing or orally in person at the Magistrate Court of Gwinnett County, Lawrenceville, Georgia on or before the seventh (7th) day after the date of service of this affidavit and summons. If such answer is not made, a Writ of Possession and/or Judgment shall issue as provided by law.
**Witness the Honorable Kristina Hammer Blum, Chief Magistrate of said Court.**
**Magistrate or Deputy Clerk:**     Issued on: 3/11/2025

**DATE OF SERVICE:** 3-14-25

**Writ Of Possession**

To the Sheriff of Gwinnett County or lawful deputies of the Sheriff: You are hereby commanded to remove said Defendant(s), and any other person(s)/entities whose presence upon the premises is through the tenancy of Defendant(s) together with Defendant(s)/their property thereon from said premises and to deliver full and quiet possession of the same to the Plaintiff(s) herein effective:
1. Instanter); or 2. (On_____, 20___; or 3. Pursuant to the terms of a consent judgment filed herewith dated_____, 20___.

Magistrate:     Date: